**FILED**

04/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0050

IN THE SUPREME COURT OF THE STATE OF MONTANA
NO. DA-21-0050

| | |
|---|---|
| IN RE: THE PARENTING OF:<br>P.H.R. and P.H.R.<br><div align="right">*minor children,*</div><br>SARAH PATRICIA RUSSELL,<br><div align="right">*Appellant,*</div><br>v.<br><br>MARLEN DELANO RUSSELL,<br><div align="right">*Appellee.*</div> | **ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

UPON motion of Appellant, and good cause appearing therein;

IT IS HEREBY ORDERED that Appellant's Motion for Extension of Time to File Opening Brief is GRANTED. Appellant shall have up to, and including, April 23, 2021, to file her Opening Brief in regard to this appeal.

No further extensions will be granted.

DATED this _____ day of April, 2021.


_____
JUSTICE


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 12 2021